**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

July 6, 2020

MEMORANDUM TO TERESA WHALEN

    Re:    *United States v. Davonta McCrorey*
              Criminal Action No. CCB-19-0036

Dear Ms. Whalen:

    Attached is a letter from your client Davonta McCrorey which has been docketed under seal.

                                  Sincerely yours,

                                  /S/

                                  Catherine C. Blake
                                  United States District Judge

cc:   AUSA Patricia McLane (w/o encl.)